

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00799-CV

**IN THE INTEREST OF B.R.W.**, a Child

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-11037
Honorable Mary Lou Alvarez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of court for this appeal are taxed against Appellant.

SIGNED April 1, 2020.

_____
Patricia O. Alvarez, Justice